**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Tyler Wenig,

Plaintiff,

-against-

Bodum USA, Inc.,

Defendant.

1:26-cv-01563 (MMG) (SDA)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, August 19, 2026, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, August 12, 2026).

**SO ORDERED.**

Dated:     New York, New York
           May 18, 2026

_____
STEWART D. AARON
United States Magistrate Judge