**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Tyler Wenig,

                    Plaintiff,

      -against-

Bodum USA, Inc.,

                  Defendant.

**1:26-cv-01563 (MMG) (SDA)**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference scheduled for Wednesday, August 19, 2026, at 2:00 p.m. is adjourned until August 26, 2026, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, August 19, 2026).

**SO ORDERED.**

Dated:     New York, New York
            May 28, 2026

                                      _____
                                      STEWART D. AARON
                                      United States Magistrate Judge