**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TYLER WENIG**,
,

Plaintiff,

- against –

**BODUM USA, INC.,**

Defendant.

Docket No.: 1:26-cv-01563-MMG

**[UNOPPOSED] REQUEST TO APPEAR REMOTELY**

---

Plaintiff, Tyler Wenig ("Plaintiff" or "Mr. Wenig"), by and through his lead counsel, Adam Kress (admitted *pro hac vice*), hereby respectfully submits this Request to attend the Case Management Conference scheduled for Friday, November 20, 2026 at 9:30 am est remotely. In support thereof, Plaintiff would respectfully show this Court as follows:

1. The parties' hearing is on Friday, November 20, 2026 at 9:30 am est.

2. Plaintiff's lead counsel, Adam Kress (*pro hac vice*), is located in Saint Paul, Minnesota, and intends to appear at the hearing on behalf of the Plaintiff.

3. Adam Kress will be accessible via videoconference or telephone, at the Court's preference.

4. Counsel for Defendant does not oppose this request.

Wherefore, Adam Kress respectfully requests that he be permitted to appear via video conference or telephone for the hearing scheduled for Friday, November 20, 2026 at 9:30 am est.

Dated: November 16, 2026

Respectfully submitted,

s/ *Adam J. Kress*
Adam J. Kress*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: 612-436-1800
F: 612-436-1801
E: akress@johnsonbecker.com

*Lead Attorney for Plaintiff*

Randi Kassan
**MILBERG, COLEMAN, BRYSON, PHILLIPS GROSSMAN, LLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
T: 516-741-5600
F: 516-741-0128
E: rkassan@milberg.com

*Local Counsel for Plaintiff*

**Admitted Pro Hac Vice*

GRANTED. The November 20, 2026 conference will occur on video at 10:00 a.m. via Microsoft Teams. The public one-touch dial-in code is +1 646-453-4442,,256978718#. Counsel will be provided with a Microsoft Teams link prior to the conference. The Clerk of Court is respectfully instructed to terminate Dkt. No. 28.

SO ORDERED. Dated November 17, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE